In the Matter of LEONARD ROSS, an Attorney.— ▮▮▮▮ Respondent, on October 26, 1951, was convicted in the County Court of the County of Nassau of the crime of grand larceny in the first degree. The crime being a felony, his disbarment necessarily follows, pursuant to statute in such case made and provided. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.

## (November 15, 1951.)

In the Matter of J. ROLAND SALA, a City Magistrate of the City of New York. ▮▮▮▮ Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 766.]

In the Matter of J. ROLAND SALA, a City Magistrate of the City of New York. ▮▮▮▮ Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 766.]

## (November 19, 1951.)

BARTLEY CONTRACTING CORPORATION, Appellant, v. DOMINICK ARONNA et al., Respondents.— ▮▮▮▮ Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 613.]

CONSOLIDATED SERVICE STATIONS, INC., Respondent, v. CITIES SERVICE OIL COMPANY et al., Appellants.— ▮▮▮▮ Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 592.]

CONSOLIDATED SERVICE STATIONS, INC., Respondent, v. CITIES SERVICE OIL COMPANY, Appellant.— ▮▮▮▮ Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 592.]

JOSH FERGUSON, as Administrator of the Estate of HERMAN NEWTON, Deceased, Respondent, v. CITY OF NEW YORK et al., Appellants.— ▮▮▮▮ Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante*, p. 606.]